IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ISHMAEL BURK                          :
                                      :   CIVIL ACTION
     v.                               :
                                      :   NO. 23-1005
DR. LITTLE, et. al.                   :

## ORDER

AND NOW, this 19th day of October, 2023, upon consideration of the Motions to Dismiss of Defendants Ms. Cotton, Shakera Ford, Nicole Gaskins, Karema Farmer, Asia Haile, Paul Little, Requitta Bellinger, and Wellpath, LLC (Document Nos. 38 and 44) and Plaintiff's Responses in Opposition thereto, it is hereby ORDERED that the Motions to Dismiss are GRANTED and Plaintiff's Amended Complaint is DISMISSED with prejudice for the reasons set forth in the accompanying Memorandum Opinion.

BY THE COURT:

Juan R. Sánchez
_____
Juan R. Sánchez,      C.J.